UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN DAVIS,

       Plaintiff,

v.                                          Case No:   2:13-cv-236-FtM-38DNF

CREDIT CONTROL SERVICES, INC. and LABORATORY CORPORATION OF AMERICA,

       Defendants.
_____/

**<u>ORDER</u>**

On January 10, 2014, the Court entered an Order (Doc. #29) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record